AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

**Mar 03, 2026**

SEAN F. McAVOY, CLERK

JERRY MACKAY FAIRBANKS

_____

*Plaintiff*
v.
EDGAR SALAZAR, et al.

)
)
)
)
)

Civil Action No.   4:26-CV-05027-MKD

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Pursuant to the Court Order at ECF No 5, this action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915
(e)(2)(B).
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Mary K. Dimke. _____

Date:  3/3/2026 _____

CLERK OF COURT

s/Sean F. McAvoy
_____
*Signature of Clerk*